DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARYL L. GERMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-736

[August 3, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 93-795CF10B.

Daryl L. German, Zephyrhills, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***